| | |
|---|---|
| LEO P. CUNNINGHAM, SBN 121605<br>DAVID H. KRAMER, SBN 168452<br>MAURA L. REES, SBN 191698<br>MICHAEL H. RUBIN, SBN 214636<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: mrubin@wsgr.com<br><br>Attorneys for Defendant Google Inc.<br><br>CAROL LYNN THOMPSON, SBN 148079<br>SIDLEY AUSTIN LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone: (415) 772-1291<br>Facsimile: (415) 772-7400<br>Email: cthompson@sidley.com<br><br>ALAN CHARLES RAUL (*not admitted*)<br>EDWARD R. MCNICHOLAS (*not admitted*)<br>SIDLEY AUSTIN LLP<br>1501 K. Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 736-8497<br>Facsimile: (202) 736-8711<br>Email: araul@sidley.com<br>Email: emcnicholas@sidley.com<br><br>Attorneys for Defendant PointRoll Inc. | BRIAN R. STRANGE, SBN 103252<br>STRANGE & CARPENTER<br>12100 Wilshire Boulevard<br>Suite 1900<br>Los Angeles, CA<br>Telephone: (310) 207-5055<br>Facsimile: (310) 826-3210<br>Email: lacounsel@earthlink.net<br><br>JOSEPH H. MALLEY (*not admitted*)<br>LAW OFFICE OF JOSEPH MALLEY<br>1045 North Zang Boulevard<br>Dallas, TX 75208<br>Telephone: (214) 943-6100<br>Email: malleylaw@gmail.com<br><br>Attorneys for Plaintiff Lourdes Villegas |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOURDES VILLEGAS, an individual on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>GOOGLE INC., a Delaware Corporation and POINTROLL, INC., a Delaware Corporation,<br><br>        Defendants. | CASE NO.: 5:12-cv-00915-LHK<br><br>**STIPULATED REQUEST FOR AN ORDER GRANTING A STAY AND [~~PROPOSED~~] ORDER** |

Plaintiff Lourdes Villegas ("Plaintiff"), Defendant Google Inc. ("Google"), and Defendant PointRoll Inc. ("PointRoll") (collectively, the "Stipulating Parties") by and through their respective counsel, hereby make a stipulated request for an Order staying all proceedings and deadlines in this action until forty-five (45) days after the Judicial Panel on Multidistrict Litigation ("JPML") issues a ruling on any motion seeking transfer of this and other related actions pending in other districts, and in support of this Request, state as follows:

WHEREAS, the Complaint in the above-captioned action was filed on February 23, 2012;

WHEREAS, multiple other complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bring class actions on behalf of similarly situated class members (collectively, including the above-captioned matter, the "Google Cases");

WHEREAS, on March 1, 2012, Defendant Google Inc. filed a motion with the JPML seeking transfer of the Google Cases pursuant to 28 U.S.C. § 1407, and other parties to the Google Cases may also file motions pursuant to 28 U.S.C. § 1407 (collectively "MDL Motion");

WHEREAS, in light of Google's filing of an MDL Motion, all parties in this case have agreed that the deadline for Google and PointRoll to answer, move, or otherwise respond to the Complaint shall be stayed until forty-five (45) days after the JPML issues an order deciding the MDL Motion, or as otherwise ordered by the MDL Transferee Court if the MDL Motion (or any other motion filed with the JPML seeking to transfer the Google Cases) is granted; provided, however, that in the event that Google or PointRoll should agree to an earlier response date in any of the Google Cases, Google or PointRoll (whichever party so agreed) will respond to the Complaint on that earlier date;

WHEREAS, there have been no previous modifications of time in this case, whether by stipulation or Court order, and the requested stay is necessary for consistent management of the actions to be transferred and to save judicial resources;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for Plaintiff, Google, and PointRoll that:

1. All proceedings and deadlines in the above-captioned action are stayed until forty-five (45) days after the JPML rules on the MDL Motion or until further order of this Court or the MDL Transferee Court;

2. This stay shall encompass Google's and PointRoll's deadlines to answer, move to dismiss, or otherwise respond to the Complaint;

3. Any obligations of the parties to meet and confer regarding initial disclosures, including under FRCP 26(f), are stayed until further Order from the Court or the MDL Transferee Court;

4. This Order does not constitute a waiver by Google or PointRoll of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process; and

5. Nothing in this Order shall prohibit any party in the above-captioned action from petitioning the court to lift the stay as events warrant.

Agreed by all Stipulating Parties this 16th day of March, 2012.

          **WILSON SONSINI GOODRICH & ROSATI**

          By:   */s/ Michael H. Rubin*
          Leo P. Cunningham
          David H. Kramer
          Maura L. Rees
          Michael H. Rubin
          650 Page Mill Road
          Palo Alto, CA 94304-1050
          Telephone:   (650) 493-9300
          Facsimile:   (650) 565-5100
          Email:   mrubin@wsgr.com

          *Attorneys for Defendant Google Inc.*

| | |
|---|---|
| 1 | **SIDLEY AUSTIN** |
| 2 | By:  */s/* Carol Lynn Thompson |
| 3 | Carol Lynn Thompson<br>555 California Street |
| 4 | San Francisco, CA 94104<br>Telephone: (415) 772-1291 |
| 5 | Facsimile: (415) 772-7400<br>Email: cthompson@sidley.com |
| 6 | |
| 7 | Alan Charles Raul<br>Edward R. McNicholas |
| 8 | 1501 K. Street, N.W.<br>Washington, DC 20005 |
| 9 | Telephone: (202) 736-8497<br>Facsimile: (202) 736-8711 |
| 10 | Email: araul@sidley.com<br>Email: emcnicholas@sidley.com |
| 11 | |
| 12 | *Attorneys for Defendant PointRoll Inc.* |
| 13 | **STRANGE & CARPENTER** |
| 14 | By:  */s/ Brian R. Strange* |
| 15 | Brian R. Strange<br>12100 Wilshire Boulevard |
| 16 | Suite 1900<br>Los Angeles, CA 90025 |
| 17 | Telephone: (310) 207-5055<br>Facsimile: (310) 826-3210 |
| 18 | Email: lacounsel@earthlink.net |
| 19 | Joseph H. Malley |
| 20 | LAW OFFICE OF JOSEPH MALLEY<br>1045 North Zang Boulevard |
| 21 | Dallas, TX 75208<br>Telephone: (214) 943-6100 |
| 22 | Email: malleylaw@gmail.com |
| 23 | *Attorneys for Plaintiff* |

**[PROPOSED] ORDER**

The above stipulation having been considered and good cause appearing therefore,

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 20, 2012

*Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE