UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOURDES VILLEGAS, individually on behalf of herself and all other similarly situation,<br><br>Plaintiff,<br><br>vs.<br><br>GOOGLE, INC., a Delaware Corporation; and POINTROLL, INC., a Delaware Corporation,<br><br>Defendants. | Case No. CV 12-00915 LHK<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATION TO EXTEND TIME FOR DEFENDANT POINTROLL, INC. TO RESPOND TO COMPLAINT<br><br>Assigned to:  Judge Lucy H. Koh<br><br>Complaint Filed:  February 23, 2012 |

Upon request and consistent with the Stipulation to Extend Time for Defendant PointRoll, Inc. to Respond to Complaint, filed by Plaintiff Lourdes Villegas ("Villegas") and Defendant PointRoll, Inc. ("PointRoll") on March 16, 2012, the Court orders that the date for PointRoll to respond to the complaint by answer, motion or otherwise is extended until April 27, 2012.

IT IS SO ORDERED.

Dated:   March  20 , 2012

*Lucy H. Koh*
_____
Lucy H. Koh
United States District Court Judge

---

[~~PROPOSED~~] ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. CV 12-00915 LHK