| | |
|---|---|
| 1 | Alan C. Raul (Pro Hac Vice) |
| | araul@sidley.com |
| 2 | SIDLEY AUSTIN LLP |
| | 1501 K Street, NW |
| 3 | Washington, DC  20005 |
| | Telephone: (202) 736-8000 |
| 4 | Facsimile:  (202) 736-8711 |
| 5 | Carol Lynn Thompson (SBN 148079) |
| | cthompson@sidley.com |
| 6 | SIDLEY AUSTIN LLP |
| | 555 California Street, Suite 2000 |
| 7 | San Francisco, CA 94104 |
| | Telephone: (415) 772-1200 |
| 8 | Facsimile:  (415) 772-7400 |
| 9 | Attorneys for Defendant |
| | PointRoll, Inc. |

FILED
MAR 19 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
San Jose California

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOURDES VILLEGAS, individually on behalf of herself and others similarly situated, | Case No. CV 12-00915 LHK |
| Plaintiffs, | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ALAN C. RAUL *PRO HAC VICE* |
| v. | |
| GOOGLE, INC. a Delaware Corporation; and POINTROLL, INC., a Delaware Corporation | |
| Defendants. | |

1  Alan C. Raul, whose business address and telephone number is SIDLEY AUSTIN LLP,
2  1501 K Street, NW, Washington, D.C. 20005, (202) 736-8000 and who is an active member in good
3  standing of the following:
4      U.S. Court of Appeals, 2nd Circuit (Admitted 10/9/2009);
5      U.S. Court of Appeals, 3rd Circuit (Admitted 1/10/2003);
6      U.S. Court of Appeals, 4th Circuit (Admitted 9/26/94);
7      U.S. Court of Appeals, 9th Circuit (1/29/1991);
8      U.S. Court of Appeals, 10th Circuit (Admitted 7/23/99);
9      U.S. Court of Appeals, 11th Circuit (Admitted 4/29/96);
10     U.S. Court of Appeals, D.C. Circuit (Admitted 6/8/82);
11     U.S. Court of Appeals, Federal Circuit (Admitted 4/25/88);
12     U.S. District Court, District of Columbia (Admitted 12/1/86);
13     U.S. Supreme Court - (Admitted 10/5/88);
14     District Court for the Southern District of NY – (Admitted 3/20/01);
15     District of Columbia Bar – (Admitted 6/21/82);
16     New York Bar – (Admitted 1/18/82),

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Defendant PointRoll, Inc. in the above-captioned matter.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 1-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 26, 2012

*/s/ Lucy H. Koh*
Honorable Lucy H. Koh

2

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE; CASE NO. CV 12-00915 LHK

SF1 1790960v.1