| | |
|---|---|
| 1 | Edward R. McNicholas (Pro Hac Vice) |
|   | emcnicholas@sidley.com |
| 2 | SIDLEY AUSTIN LLP |
|   | 1501 K Street, NW |
| 3 | Washington, DC 20005 |
|   | Telephone: (202) 736-8000 |
| 4 | Facsimile: (202) 736-8711 |
| 5 | Carol Lynn Thompson (SBN 148079) |
|   | cthompson@sidley.com |
| 6 | SIDLEY AUSTIN LLP |
|   | 555 California Street, Suite 2000 |
| 7 | San Francisco, CA 94104 |
|   | Telephone: (415) 772-1200 |
| 8 | Facsimile: (415) 772-7400 |
| 9 | Attorneys for Defendant |
|   | PointRoll, Inc. |

RECEIVED
MAR 19 2012
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| LOURDES VILLEGAS, individually on behalf of herself and others similarly situated, | ) ) ) | Case No. CV 12-00915 LHK |
| Plaintiffs, | ) ) ) | [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF EDWARD R. McNICHOLAS *PRO HAC VICE* |
| v. | ) ) | |
| GOOGLE, INC. a Delaware Corporation; and POINTROLL, INC., a Delaware Corporation | ) ) ) ) | |
| Defendants. | ) ) ) ) | |

1  Edward R. McNicholas, whose business address and telephone number is SIDLEY AUSTIN
2  LLP, 1501 K Street, NW, Washington, D.C. 20005, (202) 736-8000 and who is an active member in
3  good standing of the following:
4      Maryland, 1996;
5      U.S. District Court for the District of Maryland, 1996;
6      U.S. Court of Appeals for the Fourth Circuit, 1996;
7      District of Columbia, 1998
8      U.S. Court of Appeals for the Fifth Circuit, 1998;
9      U.S. District Court for the District of Columbia, 1999;
10     U.S. Court of Appeals for the District of Columbia Circuit, 2002;
11     U.S. Court of Appeals for the Ninth Circuit, 2002;
12     U.S. Supreme Court, 2004;
13     U.S. District Court for the Eastern District of Michigan, 2004;
14     U.S. Court of Appeals for the First Circuit, 2005,
15     U.S. Court of Appeals for the Second Circuit, 2005,
16     U.S. Court of Appeals for the Sixth Circuit, 2006,
17     U.S. District Court for the Central District of Illinois, 2007;
18     U.S. Court of Appeals for the Tenth Circuit, 2008,
19 having applied in the above-entitled action for admission to practice in the Northern District of
20 California on a pro hac vice basis, representing Defendant PointRoll, Inc. in the above-captioned
21 matter.
22     IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
23 conditions of Civil L.R. 1-3. All papers filed by the attorney must indicate appearance *pro hac vice*.
24 Service of papers upon and communication with co-counsel designated in the application will
25 constitute notice to the party. All future filings in this action are subject to the requirements
26 contained in General Order No. 45, *Electronic Case Filing*.

27 Dated: March 26, 2012

                                          */s/ Lucy H. Koh*
28                                          Honorable Lucy H. Koh