UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOURDES VILLEGAS, | Case No.: 12-CV-00915-LHK |
| Plaintiff, | ORDER ADMINISTRATIVELY CLOSING FILE; VACATING CASE MANAGEMENT CONFERENCE |
| v. | |
| GOOGLE, INC., a Delaware Corporation; and POINTROLL, INC., a Delaware Corporation, | |
| Defendants. | |

On March 20, 2012, the Court granted the parties' stipulated request to stay this action until 45 days after the Judicial Panel on Multidistrict Litigation ("JPML") issues a ruling on any motion seeking transfer of this and other related actions pending in other districts. ECF No. 22. The Clerk shall administratively close the file while this case is stayed. Once the JPML issues a ruling on the motion to transfer, either party shall file a statement informing the Court of the outcome. In the event that transfer to the JPML is denied, the parties shall contact the Courtroom Deputy to schedule an initial case management conference. The case management conference set for June 20, 2012, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: June 11, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge